No. 03–1528. PHILLIPS *v.* MEZERA ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–1530. QUINTERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–1544. SIBLEY *v.* LANDO, JUDGE, CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 03–1547. PASSPORT VIDEO ET AL. *v.* ELVIS PRESLEY ENTERPRISES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1553. TRENKLER *v.* PUGH, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 03–1558. BURTON *v.* CONNECTICUT YANKEE ATOMIC POWER CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–1573. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6324. INFANTE-CABRERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8965. BEASLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9072. ADAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9398. CHRISTOPHER, AKA YISRAEL *v.* TOWN OF YEMASSEE, SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.

No. 03–9839. MCLEAN *v.* BOHANNON ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–9840. PALMER *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–9854. MOORE *v.* CAHILL-MASCHING, WARDEN. C. A. 7th Cir. Certiorari denied.